UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BURKO,

    Plaintiff,

vs.                                           Case No.

ANDREA LECROY, STEPHEN
LATHROP and ERIC SMITH, In their
official capacities,

    Defendants.
_____/

Timothy Barkovic (P-29797)
Barkovic & Malkiewicz
Attorneys for Plaintiff
25805 Harper Avenue
St. Clair Shores, Michigan 48081
586/773-2120
_____/

## COMPLAINT

    NOW COMES, Plaintiff, Jennifer Burko, by and through her attorney Timothy Barkovic and brings this complaint against defendants. In support of the complaint, plaintiff, states the following:

    1. Plaintiff, at all times relevant hereto has resided in the City of Saint Clair Shores, State of Michigan.

2. Defendant Andrea Lecroy, resides in the City of Saint Clair Shores, State of Michigan and on a date prior to the filing of the instant complaint, filed a criminal complaint against the plaintiff. The complaint(s) made by defendant, Lecroy gave rise to a criminal complaint being filed against the plaintiff for alleged violations of Michigan statute, which is the subject of this litigation. Defendant continues to aid, assist and maintain the prosecution of this plaintiff for plaintiff''s exercising her rights under the First Amendment to the United States Constitution.

3. This action is brought against defendant Stephen Lathrop in his official capacity and an agent or employee of the City of Saint Clair Shores, State of Michigan, specifically a member of the City of the Saint Clair Shores Police Department. Defendant Lathrop has caused to be filed against this plaintiff a criminal complaint, exclusively and solely based on plaintiff's exercise of her constitutional rights to free expression. Defendant, Lathrop continues to aid and assist in the prosecution of the plaintiff and in doing so has and will deprive plaintiff of her rights under the First and Fourteenth Amendments to the United States Constitution.

4. This action is brought against defendant Eric Smith in his official capacity as the duly elected prosecuting attorney, in and for the County of Macomb, State of Michigan. Defendant Smith, through his agents and

employees have instituted and maintained criminal proceedings against this plaintiff, based solely on her expression of ideas, thoughts, beliefs, including speech, each of which is protected by the First and Fourteenth Amendments to the United States Constitution.

5. Jurisdiction is conferred on this court by 28 USC § 1331, this being a civil action arising under the Constitution and laws of the United States.

6. Jurisdiction is also conferred on this court by 28 USC § 1343(a)(3) and (4), 28 USC § 2201 and 2202 and 42 USC § 1983 and 1988, this being an action for injunctive and declaratory relief and further equitable relief authorized by law to redress deprivations under color of law of rights, privileges and immunities secured by the United States Constitution.

7. Venue is proper in this court because one or more of defendants reside within this district, or, in the alternative, all or a substantial portion of the acts and omissions giving rise to this cause of action occurred within this district. 28 U.S.C. § 1391(b).

8. At all time relevant to this action and in taking the various actions described in this complaint, defendants, have acted and threatened to act under color of law and were effecting and will effect, the custom, polices, laws and rules of the State of Michigan.

## FACTS GIVING RISE TO PLAINTIFF'S CONSTITUTIONAL CLAIMS

9. On or about May 5, 2009, Plaintiff caused to be posted on the internet, on a website known as Craigslist, two messages.

10. Following the posting of the messages, defendant Lecroy made a report(s) to the City of Saint Clair Shores Police Department, seeking assistance.

11. The City of Saint Clair Shores Police Department conducted an investigation which revealed that this plaintiff posted the messages on the internet.

12. Following the investigation, defendant Lathrop petitioned defendant Eric Smith to initiate criminal charges against plaintiff, for the act of posting these messages on the internet.

13. On or about October 8, 2009, defendant Lathrop and Smith instituted criminal proceedings against this plaintiff pursuant to MCLA 750.411s.

14. MCLA 750.411s seeks to criminalize the posting of messages (speech) on the internet.

15. Presently the plaintiff is being prosecuted by defendants in the Macomb County Circuit Court, in the matter of the People of the State of Michigan vs. Jennifer Burko, case number 2009-4470-FH.

16. As a direct result of the enactment of MCLA 750.411s, plaintiff and others face the constant threat of criminal prosecution, for engaging in truthful, nonmisleading constitutionally protected expression(s).

## COUNT 1

17. Plaintiff incorporates paragraphs 1-16 of the complaint herein.

18. MCLA 750.411s is unconstitutional on it's face and voilative of the First and Fourteenth Amendments for the following reasons:

(a) MCLA 750.411s is unconstitutional as it abridges the rights of freedom of speech and expression

(b) MCLA 750.411s does not further any compelling governmental interest(s);

(c) MCLA 750.411s is unconstitutionally vague and overbroad.

19. For these reasons, plaintiff is threatened with jail, fines, prosecution and incarceration and other threatened and irreparable harm for which plaintiff has no adequate remedy at law.

## RELIEF REQUESTED

Accordingly, plaintiff is entitled to:

(a) a declaration that MCLA 750.411s is unconstitutional on it's face;

(b) a temporary and permanent restraining order and preliminary injunction precluding continued enforcement and prosecution under

MCLA 750.411s.

(c) any other relief authorized by law, including damages, costs and attorney fees for bringing this action.

Timothy Barkovic (P-29797)
Attorney for Plaintiff
25805 Harper Avenue
St. Clair Shores, Michigan 48081
586/773-2120

Dated:   December 22, 2009

JS 44 11/99 **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: Macomb

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

### I. (a) PLAINTIFFS
Jennifer Burko

### DEFENDANTS
Andrea LeCroy, Stephen Lathrop, and Eric Smith, in their official capacities

(b) County of Residence of First Listed: Macomb

County of Residence of First Listed: Macomb
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)

Timothy Barkovic (P-29797)
25805 Harper Avenue
St. Clair Shores, Michigan 48081

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item 111)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLA | DEF |  | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury-Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21: 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injry - Product Liaility | | | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment | ☐ 320 Assault Libel And Slander | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/Exchange |
| | **PERSONAL PROPERTY** | ☐ 690 Other | ☐ 840 Trademark | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | Habeas Corpus: | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | | ☐ 530 General | | [X] 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| ☐ 290 All Other Real Property | [X] 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC, Section 1983, challenging as unconstitutional MCLA 750.411s

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- $ DEMAND
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE
DOCKET NUMBER

DATE: 12/22/09
SIGNATURE OF ATTORNEY OF RECORD

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :